```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

**FILED**
NOV 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br>     Plaintiff, <br> v. <br> GONZALO FLORES RUIZ, <br>     Defendant. | CASE NO. 1:11CR375 AWI <br><br> ORDER TO UNSEAL INDICTMENT |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 11-4-11

HON. LAWRENCE J. O'NEILL
United States District Judge