| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GONZALO FLORES-RUIZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00375 AWI |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | |
| GONZALO FLORES-RUIZ, | ) | Date : March 12, 2012 |
| | ) | Time: 9:00 A.M. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 3, 2012, **may be continued to March 12, 2012, at 9:00 A.M.**

This is the first status conference in these proceedings. Initial and voluminous discovery has recently been received from the government. This continuance is requested by defense counsel because counsel needs time to review, organize and discuss the discovery with client, who is presently housed at the Lerdo Detention Facility, before any productive hearing can be had. AUSA Laurel Montoya has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 28, 2011  /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 28, 2011  /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
GONZALO FLORES-RUIZ

**O R D E R**

IT IS SO ORDERED.

Dated:  December 29, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order

2