ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GONZALO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00375 AWI |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| GONZALO RUIZ, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing in the instant action, currently calendared for February 25, 2013, be continued to March 25, 2013 at 10:00 a.m. in the courtroom of the Hon. Anthony W. Ishii.

This continuance is necessitated as the senior probation officer is still in the process of completing the draft PSR. Preparation of said draft involves substantial information regarding Mr. Flores-Ruiz health problems over the last several decades. The shear volume, and technical nature, of the information is such that the senior probation officer requested that defense counsel seek a continuance of the sentencing date to afford the senior probation officer time to compile and document the information needed for the draft probation report.

In light of the foregoing, the parties agree to the following dates: Informal Objections will be due on March 8, 2013 and Formal Objections due March 18, 2013.

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A). Interests of the defendant outweigh the interests of the public with the good cause finding.

DATED: January 28, 2013 /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
**This was agreed to by Ms. Montoya in person on January 28, 2013**

DATED: January 28, 2013 /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
GONZALO RUIZ

IT IS SO ORDERED.

Dated: January 29, 2013

SENIOR DISTRICT JUDGE