ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GONZALO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00375 AWI |
|     Plaintiff, ) | |
| ) | **STIPULATION AND** |
|     v. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| GONZALO RUIZ, ) | |
|     Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing in the instant action, currently calendared for April 8, 2013, be continued to April 15, 2013 at 10:00 a.m. in the courtroom of the Hon. Anthony W. Ishii.

The continuance is based on the defense's need for additional time to prepare for sentencing. Due to logistical challenges due to Mr. Flores-Ruiz' housing at the Lerdo facility, defense counsel was not able to review the probation report with him until March 27, 2013

The additional time will afford defense counsel an opportunity to discuss facts provided by Mr. Flores-Ruiz with the probation officer, who is on vacation this week. In addition, the requested continuance will afford defense counsel sufficient time to file a timely sentencing memorandum.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

1

Interests of the defendant outweigh the interests of the public with the good cause finding.

DATED: March 27, 2013          /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant United States Attorney
                               **This was agreed to by Ms. Montoya via email on March 27, 2013**

DATED: March 27, 2013          /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               GONZALO RUIZ

IT IS SO ORDERED.

Dated:   March 27, 2013

                                              SENIOR DISTRICT JUDGE